UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WAYNE SEKERKE, Booking No. 18165284,<br><br>                              Plaintiff,<br><br>v.<br><br>ARTURO LEO, et al.,<br><br>                              Defendants. | Case No.: 19cv0034-GPC(RBB)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SERVE DEFENDANTS WITH SECOND AMENDED COMPLAINT**<br>**[ECF NO. 79]** |

On May 18, 2020, Plaintiff Keith Wayne Sekerke submitted a Motion to Serve Defendants with Second Amended Complaint that did not conform to the local rules of this Court [ECF No. 79]. Nevertheless, the Court approved the filing of the motion, nunc pro tunc, to May 18, 2020. (Not. Doc. Discrepancies 1, ECF No. 78.) Plaintiff contends that because he was granted in forma pauperis ("IFP") status, the U.S. Marshal is required to serve the Second Amended Complaint (also referred to as "SAC"). (Mot. Serve 1, ECF No. 79.)

Plaintiff was granted IFP status on February 4, 2019 [ECF No. 3]. On May 14, 2019, the Court issued an Order Directing U.S. Marshal to Effect Service of Summons and First Amended Complaint Pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3) [ECF No. 8]. The U.S. Marshal subsequently effectuated service upon the

defendants named in the First Amended Complaint, Gore, Leon, and O'Brien [ECF Nos. 10-12]. On February 10, 2020, the Court issued an order granting in part and denying in part Plaintiff's motion to file a Second Amended Complaint [ECF No. 53]. The order required the Clerk of Court to issue a summons for the new defendants named in the SAC, including the County of San Diego, Sheriff Deputy Dane Olsen, and Doctor Jon Montgomery. (See Order Granting in Part Mot. 14, ECF No. 53.) That same day, Plaintiff's SAC was filed; and a U.S. Marshal Form 285, summons, and the amended complaint ("IFP package") were to be sent to Plaintiff [ECF Nos. 54, 55]. As of today's date, Defendants County of San Diego, Olsen, and Montgomery have not been served.[1] Plaintiff now seeks an order directing the U.S. Marshal to serve his SAC.

In order for the U.S. Marshal to serve the SAC, Plaintiff is required to follow the instructions in his IFP package and provide a completed U.S. Marshal Form 285 to the U.S. Marshal for each defendant. Although an IFP package was to be provided to Plaintiff upon the filing of his SAC, it appears that he did not receive it or did not follow the instructions for service. Plaintiff is entitled to service by the U.S. Marshal because of his IFP status, and thus Plaintiff's motion seeking service upon Defendants is **GRANTED IN PART** as follows:

1. The Court **DIRECTS** the Clerk to issue a summons for service of Plaintiff's Second Amended Complaint (ECF No. 54) on Defendants Montgomery, Olson, and County of San Diego and forward them to Plaintiff along with a blank U.S. Marshal Form 285 for each Defendant. In addition, the Clerk will provide Plaintiff with a certified copy of the February 4, 2019 IFP Order, a certified copy of his SAC, and the summons so that he may serve them on Defendants. Upon receipt of this IFP package,

---

[1] The Second Amended Complaint also names Leon and O'Brien as defendants but no longer names Gore. Defendants Leon and O'Brien filed a motion to dismiss portions of the SAC on February 24, 2020 [ECF No. 58]. Plaintiff's claims against Defendant O'Brien were dismissed in the Court's order granting in part and denying in part the motion to dismiss [ECF No. 68]. Defendant Leon filed an answer on May 4, 2020 [ECF No. 73].

1  Plaintiff must complete the Form 285 as completely and accurately as possible and return
2  it to the United States Marshal according to the instructions the Clerk provides in the
3  letter accompanying his IFP package.
4        2.    The U.S. Marshal is **ORDERED** to serve a copy of the SAC and summons
5  on Defendants Montgomery, Olson, and County of San Diego as directed by Plaintiff on
6  the USM Form 285 provided to him.  All costs of that service will be advanced by the
7  United States.  See 28 U.S.C. § 1915(d); Fed R. Civ. P. 4(c)(3).
8        **IT IS SO ORDERED**.

Dated:  May 28, 2020

*/s/ Ruben Brooks*
———————————————
Hon. Ruben B. Brooks
United States Magistrate Judge