UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WAYNE SEKERKE, Booking No. 18165284,<br><br>                                    Plaintiff,<br><br>v.<br><br>ARTURO LEO, et al.,<br><br>                                    Defendants. | Case No.:  19cv0034-GPC(RBB)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR FEDERAL SUBPOENA FOR DOCUMENTS [ECF NO. 88]** |

      On July 7, 2020 nunc pro tunc July 2, 2020, Plaintiff Keith Wayne Sekerke filed a motion for federal subpoena for documents in which he requests that subpoenas for his medical records be served by the U.S. Marshal upon the office of Dr. John Qian and the San Diego County Sheriff's Department [ECF No. 88].

      Based upon the Court's familiarity with cases brought pursuant to 42 U.S.C. § 1983, and in the interest of promoting the just, efficient, and economical determination

of actions of this nature, it is the practice of the Court to stay discovery until the pleadings are at issue and the Court has convened a Case Management Conference. This is a common practice and, in fact, is the rule with respect to most civil cases. See Fed. R. Civ. P. 26(d)(1). In this case, the only defendant that has appeared is Dr. Arturo Leon, who filed an Answer on May 4, 2020 [ECF No. 73]. Defendants Jon Montgomery and Dane Olsen filed a motion to dismiss the Second Amended Complaint set for hearing on September 4, 2020 [ECF No. 90]. Defendant County of San Diego has not appeared. The pleadings are not yet at issue because three out of four of the defendants have not filed an Answer. Once Montgomery and Olsen's motion to dismiss has been decided and the pleadings are settled, the Court will hold a Case Management Conference, after which discovery may commence and a scheduling order will be issued. Plaintiff has not set forth good cause for discovery to be taken before that time.

Plaintiff's motion is accordingly **DENIED**.

**IT IS SO ORDERED**.

Dated: July 10, 2020

Hon. Ruben B. Brooks
United States Magistrate Judge